**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eric Pearson LEE, Defendant–
Appellant.**

No. 02–6212.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Eric Pearson Lee, Appellant Pro Se.
Angela Hewlett Miller, Office of the Unit-
ed States Attorney, Greensboro, North
Carolina, for Appellee.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Eric Pearson Lee seeks to appeal the
district court's orders denying relief on his
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2001) and denying re-
consideration of that order. We have re-
viewed the record and the district court's

opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lee*, Nos. CR–98–282; CA–00–1192–1 (M.D.N.C. Nov. 27, 2001; Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*